**Order entered December 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00593-CR

### JOSE LOZANO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F12-31495-M

## ORDER

The Court **REINSTATES** the appeal.

On October 27, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel timely requested preparation of the reporter's record; (4) Belinda Baraka is the court reporter who recorded the proceedings; (5) Ms. Baraka's explanation for the delay in filing the record is her workload; and (6) Ms. Baraka requires forty-five days from the December 19, 2014 findings to file the record.

We **ORDER** Belinda Baraka to file the reporter's record by **4:00 p.m. on FEBRUARY 2, 2015**. We note the record is already four months overdue, the appeal was abated for two

months awaiting the trial court's findings, and at no time did Ms. Baraka communicate with the Court regarding the status of the record. Accordingly, if the complete reporter's record is not filed by the date and time specified, we will order that she not sit as a court reporter until she has filed the record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/     ADA BROWN
           JUSTICE